# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 11-1873

_____

William Simpson Edwards,                    *
                                            *
         Appellant,                         *
                                            *    Appeal from the United States
     v.                                     *    District Court for the Southern
                                            *    District of Iowa.
Iowa Department of Corrections;             *
Stephen Sparks; Edward O'Brien;             *    [UNPUBLISHED]
Pradeep Sarswat; Kathy Azinger;             *
Nicholas Ludwick; William Sperfslage;       *
Deborah Nichols; Rebecca Bowker;            *
Dave DeGrange; Sheryl Lockwood;             *
Karen Woodley; Darrell Moeller;             *
Mark Roberts; Rich Barlow; Dave             *
Tadmann; Heather Brueck; Julie              *
Cook; Julie Johnson; Dave Raynor;           *
Anthony Aducci; Nancy Roth;                 *
Arthur Neu; Dennis Brumbaugh;               *
Rick Larkin; John Ault; Dawn Hecox;         *
Jo Watson; Tasha Whalen; Susan              *
Mangels; Julie Pihl,                        *
                                            *
         Appellees.                         *

_____

Submitted: August 4, 2011
Filed: September 22, 2011

_____

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

William Simpson Edwards appeals from the district court's[1] 28 U.S.C. § 1915A dismissal of his civil rights complaint. Following careful de novo review, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (standard of review), we conclude that dismissal was appropriate for the reasons discussed in the district court's order. Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.